USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAI T. EISELEIN,

    Plaintiff,

- against -

BUZZFEED, INC.,

    Defendant.

Case No. 13-cv-3910 (RA)

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the above-identified parties, by themselves or through their undersigned counsel, hereby stipulate that all claims and counterclaims which were raised or could have been raised in this action be dismissed with prejudice, without costs and waiving all rights of appeal, subject to the Court's retaining jurisdiction to enforce the Settlement Agreement entered into between the parties.

| | |
|---|---|
| KAI T. EISELEIN | COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP |
| By: _____ <br> Kai T. Eiselein <br> 1751 N. Polk #32 <br> Moscow, Idaho 83843 <br> Phone: (208) 413-0153 <br> Email: keiselein@gmail.com | By: _____ <br> Eleanor M. Lackman <br> 41 Madison Avenue, 34th Floor <br> New York, New York 10010 <br> Phone: (212) 974-7474 <br> Fax: (212) 974-8474 <br> Email: elackman@cdas.com |
| *Plaintiff Pro Se* | *Attorneys for Defendant BuzzFeed, Inc.* |
| Dated: December 16, 2013 | Dated: December 17, 2013 |

The motion pending at docket number 16 is denied as moot.  The Clerk of Court is requested to close the case.

SO ORDERED:

_____
U.S.D.J.

12/20/13